No. 90–8370. MEDINA *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 502 U. S. 924.] Motion of petitioner for leave to file a supplemental brief after argument denied.

No. 91–155. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. *v.* LEE, SUPERINTENDENT OF PORT AUTHORITY POLICE; and
No. 91–339. LEE, SUPERINTENDENT OF PORT AUTHORITY POLICE *v.* INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 502 U. S. 1022.] Motion of petitioners/cross-respondents to strike *amicus curiae* brief of Airports Association Council International-North America denied.

No. 91–538. FORSYTH COUNTY, GEORGIA *v.* NATIONALIST MOVEMENT. C. A. 11th Cir. [Certiorari granted, 502 U. S. 1023.] Motions of American Civil Liberties Union et al. and Public Citizen for leave to file briefs as *amici curiae* granted.

No. 91–542. WRIGHT, WARDEN, ET AL. *v.* WEST. C. A. 4th Cir. [Certiorari granted, 502 U. S. 1012.] Motions of Benjamin R. Civiletti et al. and Gerald Gunther et al. for leave to file briefs as *amici curiae* granted.

No. 91–744. PLANNED PARENTHOOD OF SOUTHEASTERN PENNSYLVANIA ET AL. *v.* CASEY, GOVERNOR OF PENNSYLVANIA, ET AL.; and
No. 91–902. CASEY, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* PLANNED PARENTHOOD OF SOUTHEASTERN PENNSYLVANIA ET AL. C. A. 3d Cir. [Certiorari granted, 502 U. S. 1056.] Motion of Alan Ernest to represent children unborn and born alive denied. Motion of Legal Defense for Unborn Children for leave to file a brief as *amicus curiae* denied.